COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Chandra Corporation d/b/a Diamond Marquise v. Atashi Jewels, Inc.
d/b/a 7 Elements, Atit Patel and Neeta Patel

Appellate case number:  01-22-00270-CV

Trial court case number:  18-DCV-250844

Trial court:  458th District Court of Fort Bend County

This appeal is stayed pursuant to the Suggestion of Bankruptcy, advising the court that a bankruptcy petition under Chapter 11 of the Bankruptcy Code was filed by appellant Chandra Corporation d/b/a Diamond Marquise on October 3, 2022 (case number 22-17386 filed in the Bankruptcy Court for the District of New Jersey) *See* 11 U.S.C. § 362 (automatic stay in bankruptcy).

Until appellant or appellees notify the court that the bankruptcy has been concluded and move to reinstate the case, the court will take no further action other than to receive and hold any documents tendered during the period of suspension. *See* TEX. R. APP. P. 8.2.

Unless a party successfully moves to reinstate or sever, this appeal will be an inactive case on the court's docket. *See* TEX. R. APP. P. 8.3.

It is so ORDERED.


Judge's signature: _____/s/ Richard Hightower_____
☑ Acting individually    ☐ Acting for the Court


Date: __October 11, 2022____